RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Jack Francis Newman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK FRANCIS NEWMAN,<br><br>Defendant. | Case No. 2:95-cr-00066-APG<br>2:95-cr-00275-APG<br>2:97-cr-00095-APG<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Jack Francis Newman, that the Revocation Hearing currently scheduled on November 14, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this matter to determine whether the case will be resolved through negotiations.

2. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 8th day of November, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | By */s/ Shaheen Torgoley*<br>SHAHEEN TORGOLEY<br>Assistant United States Attorney |

|     |     |     |
| --- | --- | --- |
|     | **UNITED STATES DISTRICT COURT** |     |
|     | **DISTRICT OF NEVADA** |     |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK FRANCIS NEWMAN,<br><br>Defendant. | Case No. 2:95-cr-00066-APG<br>2:95-cr-00275-APG<br>2:97-cr-00095-APG<br><br>**ORDER** |     |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 14, 2019 at 10:30 a.m., be vacated and continued to  January 14, 2020  at the hour of   9:45   a .m.; or to a time and date convenient to the court in Courtroom 6C.

DATED this 12th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

3