RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Jack Francis Newman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACK FRANCIS NEWMAN,<br><br>    Defendant. | Case No. 2:95-cr-00066-APG<br>           2:95-cr-00275-APG<br>           2:97-cr-00095-APG<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Jack Francis Newman, that the Revocation Hearing currently scheduled on January 14, 2020 be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.      Defendant filed a motion to dismiss and the parties need time to respond and reply, and for the Court to consider the motion before the revocation hearing.

2. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 30 day of December, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ *Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | By */s/ Shaheen Torgoley*<br>SHAHEEN TORGOLEY<br>Assistant United States Attorney |

|     |     |
| --- | --- |
| **UNITED STATES DISTRICT COURT** | |
| **DISTRICT OF NEVADA** | |
| UNITED STATES OF AMERICA, | Case No. 2:95-cr-00066-APG |
|                    Plaintiff, | 2:95-cr-00275-APG |
|                        v. | 2:97-cr-00095-APG |
| JACK FRANCIS NEWMAN, | **ORDER** |
|                    Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 14, 2020 at 9:45 a.m., be vacated and continued to March 4, 2020 at the hour of 10:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 31st day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE