NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
SHAHEEN P. TORGOLEY
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Shaheen.Torgoley@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK FRANCIS NEWMAN,<br><br>Defendant. | Case No.: 2:95-cr-00066-APG-NA-1<br>2:95-cr-00275-APG-LRL-1<br>2:97-cr-00095-APG-RJJ-2<br><br>**STIPULATION TO EXTEND GOVERNMENT'S RESPONSE DEADLINE TO DEFENDANT'S MOTION TO DISMISS**<br>**ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Jack Francis Newman, that Government's deadline to respond to Defendant's Motion to Dismiss be extended to Monday, February 10, 2020.

This Stipulation is entered into for the following reasons:

1. The hearing regarding revocation is presently scheduled for March 4, 2020.

2. Mr. Newman is presently out of custody.

3. An uncommon posture brings three corresponding petitions to revoke before the Court. Specifically, the underlying petitions to revoke Mr. Newman's supervised release arose

1

in 2004 and 2005. Mr. Newman was arrested in October 2019 in California, over 15 years after the initial petition to revoke in July 2004.

4. Through defense counsel, Mr. Newman filed a motion to dismiss all three petitions on December 30, 2019. Undersigned counsel for the government had minimal availability to address the issues raised.

5. Undersigned counsel for the government now requests additional time to research and respond to the motion, while also discussing a potential resolution with US Probation and Mr. Newman's counsel.

6. Mr. Newman, through his counsel, does not oppose the government's request for an extension of four weeks to respond.

This is the first request for an extension to respond to Defendant's Motion to Dismiss.

DATED: January 13, 2020

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brian Pugh* | */s/ Shaheen Torgoley* |
| BRIAN PUGH<br>Assistant Federal Public Defender | SHAHEEN TORGOLEY<br>Assistant United States Attorney |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK FRANCIS NEWMAN,<br><br>Defendant. | Case No.: 2:95-cr-00066-APG-NA-1<br>2:95-cr-00275-APG-LRL-1<br>2:97-cr-00095-APG-RJJ-2<br><br>**ORDER** |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IT IS THEREFORE ORDERED that the Government's deadline to respond to Defendant's Motion to Dismiss be extended to Monday, February 10, 2020.

Dated: January 13, 2020.

HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT COURT