# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>v.<br><br>Jack Francis Newman,<br><br>                Defendant. | Case No. 2:95-cr-066-APG-NA-1<br>           2:95-cr-275-APG-LRL-1<br>           2:97-cr-095-APG-RJJ-2<br><br>**ORDER** |

Defendant Jack Francis Newman has moved to dismiss the petitions to revoke his supervised release in these cases. The Government agrees that the petitions should be dismissed. ECF No. 77. The motions are supported by good cause.

I THEREFORE ORDER that the motions to dismiss **(ECF No. 72 in case 2:95-cr-66; ECF No. 61 in case 2:95-cr-275; ECF No. 182 in case 2:97-cr-95) are granted**. The petitions to revoke supervised release in these cases are dismissed.

Dated: February 4, 2020.

                                                ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE